# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kelly, Timothy J. | 2. Court or Organization<br><br>U.S. District Court for the District of Columbia | 3. Date of Report<br><br>05/29/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Prettyman U.S. Federal Courthouse
Room 4534
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 05/29/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Salary from |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 05/29/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▮▮▮▮▮▮ | Tuition Agreement | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Cash Account | A | Interest | J | T | | | | | |
| 2. American Funds New World Fund F-2 (NFFFX) | A | Dividend | J | T | Sold (part) | 06/19/17 | J | | |
| 3. American Funds College 2027 Fund 529-A (CSTAX) | A | Dividend | K | T | | | | | |
| 4. American Funds College 2030 Fund 529-A (CTHAX) | A | Dividend | J | T | | | | | |
| 5. American Funds Washington Mutual Investors Fund F-2 (WMFFX) | B | Dividend | K | T | | | | | |
| 6. AMG Times Square Mid Cap Growth Fund N (TMDPX) n/k/a (TQMIX) | B | Dividend | J | T | | | | | |
| 7. Delaware Value Fund Institutional (DDVIX) | A | Dividend | | | Sold | 08/28/17 | K | | |
| 8. Deutsche Enhanced Commodity Strategy Fund Institutional (SKIRX) | A | Dividend | J | T | | | | | |
| 9. Diamond Hill Large Cap Fund I (DHLRX) | A | Dividend | J | T | Sold (part) | 06/19/17 | J | | |
| 10. Eagle Small Cap Growth Fund I (HSIIX) | A | Dividend | J | T | | | | | |
| 11. Eaton Vance Income Fund of Boston I (EIBIX) | A | Dividend | J | T | | | | | |
| 12. First Eagle Overseas Fund I (SGOIX) | A | Dividend | J | T | | | | | |
| 13. Franklin Fed. Intermediate-Term Tax-Free Income Fund Advisor (FITZX) | A | Dividend | J | T | | | | | |
| 14. Goldman Sachs Financial Square Treasury Investments Fund (FTIXX) (Y) | | | | | | | | | |
| 15. Goldman Sachs Investor Tax-Exempt Money Market Fund FST (FTXXX) | A | Dividend | J | T | | | | | |
| 16. American Funds The Growth Fund of America 529-A (CGFAX) | C | Dividend | K | T | | | | | |
| 17. Harbor Capital Appreciation Fund Institutional (HACAX) | A | Dividend | J | T | Sold (part) | 06/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Harbor Capital Appreciation Fund Institutional (HAINX) | A | Dividend | J | T | | | | | |
| 19. Harbor Small Cap Value Fund Institutional (HASCX) | A | Dividend | J | T | Sold (part) | 03/02/17 | J | | |
| 20. Hotchkis & Wiley Mid-Cap Value Fund I (HWMIX) | A | Dividend | J | T | | | | | |
| 21. Invesco Global Real Estate Fund Y (ARGYX) | A | Dividend | | | Sold | 08/28/17 | J | | |
| 22. John Hancock Classic Value Fund I (JCVIX) | A | Dividend | J | T | | | | | |
| 23. John Hancock Funds Disciplined Value Mid Cap Fund I (JVMIX) | A | Dividend | J | T | | | | | |
| 24. Lazard Emerging Market Equity Portfolio Institutional (LZEMX) | A | Dividend | J | T | | | | | |
| 25. MainStay Large Cap Groewth Fund I (MLAIX) | B | Dividend | K | T | | | | | |
| 26. MFS Emerging Markets Debt I (MEDIX) | A | Dividend | J | T | | | | | |
| 27. MFS Municipal High Income Fund I (MMIIX) | A | Dividend | K | T | Sold (part) | 06/19/17 | J | | |
| 28. | | | | | Sold (part) | 11/15/17 | J | | |
| 29. American Funds The New Economy Fund 529-A (CNGAX) | C | Dividend | K | T | | | | | |
| 30. American Funds New Perspective Fund 529-A (CNPAX) | B | Dividend | K | T | | | | | |
| 31. American Funds New World Fund 529-A (CNWAX) | A | Dividend | K | T | | | | | |
| 32. Nuveen Limited Term Municipal Bond Fund I (FLTRX) | A | Dividend | K | T | Sold (part) | 06/19/17 | J | | |
| 33. Nuveen Intermediate Duration Municipal Bond Fund I (NUVBX) | A | Dividend | K | T | Sold (part) | 06/19/17 | J | | |
| 34. Nuveen Real Estate Securities Fund I (FARCX) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oakmark International Fund Investor Class (OAKIX) n/k/a (OAYIX) | A | Dividend | J | T | Sold (part) | 03/09/17 | J | | |
| 36. | | | | | Sold (part) | 06/19/17 | J | | |
| 37. Oppenheimer Developing Markets Fund Y (ODVYX) | A | Dividend | J | T | | | | | |
| 38. Oppenheimer Senior Floating Rate Fund Y (OOSYX) | B | Dividend | K | T | Sold (part) | 06/19/17 | J | | |
| 39. | | | | | Sold (part) | 11/15/17 | J | | |
| 40. American Funds SmallCap World Fund 529-A (CSPAX) | B | Dividend | K | T | | | | | |
| 41. SPDR Gold Trust ETF (GLD) | | None | J | T | | | | | |
| 42. T. Rowe Price Blue Chip Growth Fund (TRBCX) | A | Dividend | J | T | Sold (part) | 06/19/17 | J | | |
| 43. T. Rowe Price Equity Income Fund (PRFDX) | B | Dividend | K | T | Sold (part) | 03/02/17 | J | | |
| 44. | | | | | Sold (part) | 06/19/17 | J | | |
| 45. T. Rowe Price Mid-Cap Growth Fund (RPMGX) | A | Dividend | J | T | Sold (part) | 06/19/17 | J | | |
| 46. Thornburg Limited Term Municipal Fund I (LTMIX) | A | Dividend | J | T | | | | | |
| 47. Market Vectors Golf Miners ETF (GDX) | A | Dividend | J | T | | | | | |
| 48. Victory Sycamore Small Company Opportunity Fund I (VSOIX) | B | Dividend | K | T | | | | | |
| 49. Voya Large-Cap Growth Fund I (PLCIX) | A | Dividend | J | T | | | | | |
| 50. Wells Fargo Core Bond Fund I (MBFIX) | A | Dividend | J | T | | | | | |
| 51. Wells Fargo Emerging Growth Fund I (WEMIX) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. William Blair International Growth Fund I (BIGIX) | A | Dividend | J | T | | | | | |
| 53. Vanguard Target Retirement 2035 Trust | | None | K | T | | | | | |
| 54. MFS Value Fund Class I (MEIIX) | A | Dividend | K | T | Buy | 08/28/17 | K | | |
| 55. Principal Global Real Estate Securities Fund (POSIX) | A | Dividend | J | T | Buy | 08/28/17 | J | | |
| 56. T. Rowe Price Real Estate Fund (TRREX) | A | Dividend | J | T | Buy | 08/28/17 | J | | |
| 57. | | | | | Buy (add'l) | 08/29/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII:

Asset 6 - TMDPX became TQMIX via a share class exchange on 8/4/17.

Asset 14 - FTIXX was sold via a series of transactions that were non-reportable individually.

Asset 35 - OAKIX became OAYIX via a share class exchange on 11/15/17.

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 05/29/2018 |

## IX. CERTIFICATION.

 I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

 I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ Timothy J. Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544